Andreas CRAMER VON CLAUS-
BRUCH, and Lisa R. Cramer Von
Clausbruch, Plaintiffs/Appellants,

v.

WFS FINANCIAL, INC.,
Defendant/Respondent.

No. ED 86399.

Missouri Court of Appeals,
Eastern District,
Division One.

May 23, 2006.

J. Richard McEachern, St. Louis, MO,
for appellant.

David G. Wasinger, St. Louis, MO, for
respondent.

Before MARY K. HOFF, P.J.,
CLIFFORD H. AHRENS, J., and
PATRICIA L. COHEN.

*ORDER*

Andreas Cramer von Clausbruch and
Lisa R. Cramer von Clausbruch appeal
from the judgment of the trial court fol-
lowing jury verdicts in their favor that
awarded them actual damages of $900.00
and no punitive damages for their claims
that WFS Financial, Inc. ("WFS") violated
the Soldiers' and Sailors' Civil Relief Act
of 1940, 50 App. U.S.C. Section 531 (1998)
and committed conversion when WFS re-
possessed a 1992 Mitsubishi Expo without
a court order.

We have reviewed the briefs of the par-
ties and the record on appeal and find no
error of law. No jurisprudential purpose
would be served by a written opinion.
However, the parties have been furnished
with a memorandum opinion for their in-
formation only, setting forth the facts and
reasons for this order.

The judgment of the trial court is af-
firmed in accordance with Rule 84.16(b).